UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| ANTON "ANDY" JENSEN and JULIE JENSEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CV 03-184-BLG-RFC |
| JOHN ALDEN LIFE INS. CO., FORTIS BENEFITS INS. CO., FORTIS INS. CO., and JOHN DOES 1-5, | ) ) ) ) | |
| Defendants. | ) | JUDGMENT |

_____  Jury Verdict

✓  Decision by Court.  ORDER by U.S. District Judge Richard F. Cebull (copy attached) dated 3/28/06, granting Defendants' Motion for Summary Judgment.

JUDGMENT IS HEREBY ENTERED in favor of DEFENDANTS and against PLAINTIFFS.

Patrick E. Duffy            March 28, 2006
Clerk of Court

(By) Deputy Clerk

